# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Hugh Evan Rodgers<br>*Defendant* | )<br>)<br>) Case No. 5:16-MJ-01629<br>)<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 12/16/16

*Defendant's signature*

*Signature of defendant's attorney*

Eduardo A. Castillo 24040657
*Printed name and bar number of defendant's attorney*

402 E. Hillside Ste. 6
*Address of defendant's attorney*

eacastillo@castillolawtx.com
*E-mail address of defendant's attorney*

956-724-1503
*Telephone number of defendant's attorney*

956-724-1505
*FAX number of defendant's attorney*