UNITED STATES DISTRICT COURT
Southern District of Texas
FILED

FEB 0 6 2017

David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. 5:17-cr-00005 |
| HUGH EVAN RODGERS | § § | |

### FACTUAL STATEMENT IN SUPPORT OF PLEA AGREEMENT

The United States of America, by and through Kenneth Magidson, United States Attorney for the Southern District of Texas and JOSE HOMERO RAMIREZ, Assistant United States Attorney, and the defendant, **HUGH EVAN RODGERS** and the defendant's counsel, hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish the Defendant's guilt:

II.

On December 9, 2016, at approximately 3:25 p.m., Defendant *Hugh Evan Rogers* entered the primary inspection lane of the Border Patrol Checkpoint on Interstate Highway 35, approximately 29 miles north of Laredo, in Webb County, Texas. He was the driver and sole occupant of a rented box truck. *Rogers* told the primary inspecting agent that the cargo truck was empty, and that he was driving to ~~Houston~~ San Antonio, Texas to bring his belongings to Laredo, as he was relocating here. The primary agent asked *Rogers* if he would consent to have the truck x-rayed, and Rogers consented, but said that he would make it easy for them and offered to park next to the



14

VACIS station. *Rogers* then told the agent by the x-ray unit that he was carrying persons in the truck. Agents opened the rear of the truck and discovered a total of 11 undocumented aliens, including a four-year old child. The ten adults admitted that they were nationals or citizens of Mexico and Peru without documents or authority to be or to enter the United States.

*Rogers* admitted that he had been hired by someone named "Chuy" in Laredo, Texas on December 7 to transport undocumented aliens to San Antonio, Texas and expected to receive an undisclosed amount of money, but expected it to be in the "thousands." On December 9, *Rogers* rented the box truck at Enterprise Rental in San Antonio, Texas, drove back to Laredo where he contacted "Chuy" who gave him directions to a house. *Rogers* met "Chuy" there. *Rogers* backed into the driveway and loaded the aliens, and gave them instructions to sit down and remain quiet. "Chuy" shut and locked the rear door.

Agents discovered two cell phones that *Rogers* had in his possession, and granted consent to have the phones searched. Both phones had calls to and from a number that *Rogers* affirmed was "Chuy's."

Daniel Cruz-Ojeda and Filemon Garcia-Lopez were two of the ten adults found concealed in the box truck and were held as material witnesses. They are nationals and citizens of Mexico without authority to be or to enter the United States. They each made arrangements in their home country of Mexico to be smuggled into the United States, and to be transported thereafter to their final destination within the United States. Garcia-Lopez's destination was Winfield, Texas. Cruz-Ojeda did not reveal the name of the city in Texas that was his destination. Cruz-Ojeda had already paid $3,000 of the $6,000 USD smuggling fee being charged. Garcia-Lopez had already paid $2,000 of the $3,000 USD smuggling fee being charged. Both men crossed the Rio Grande River several days before, and were taken to a house where they were then loaded onto the truck in which

they were found. Both men identified *Rogers* as being present when they were loaded into the truck.

                                                              HUGH EVAN RODGERS
                                                              Defendant

APPROVED:

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____       _____
JOSE HOMERO RAMIREZ                 Eduardo A Castillo
Assistant United States Attorney      Attorney for Defendant
Southern District of Texas               402 E. Hillside Suite 6
Telephone: 956-723-6523             Laredo, TX 78040
Email:Homero.Ramirez@usdoj.gov    Email: eacastillo@castillolawtx.com