United States District Court
Southern District of Texas

**ENTERED**
November 13, 2019
David J. Bradley, Clerk

Probation Form No. 35A
(12/2016)

Report and Order Terminating Supervision Only, Before Original Expiration Date

# United States District Court
## for the
## Southern District of Texas

United States of America
Versus
**Hugh** Evan Rodgers

Criminal Case: **5:17CR00005-001**

On August 11, 2018 this defendant was placed on Supervised Release for three years. The defendant has complied with the court's restrictions and no longer needs supervision. It is recommended that supervision only be terminated.

Respectfully submitted:

*Elizabeth M Sepulveda*

**Elizabeth M. Sepulveda**
United States Probation Officer

## Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervision only. Jurisdiction continues through August 10, 2021.

Signed November 13, 2019 at Laredo, Texas.

Diana Saldana
United States District Judge

# UNITED STATES GOVERNMENT
# MEMORANDUM



**To:** Diana Saldana
U. S. District Judge

**From:** Elizabeth M. Sepulveda
U.S. Probation Officer

**Subject:** Hugh Evan Rodgers
5:17CR00005-001
**Request for Early Termination**

**Date:** October 24, 2019

---

On June 14, 2017, the person under supervision was sentenced by United States District Judge Diana Saldana for the offense of Conspiracy to transport an undocumented alien within the United States. He was sentenced to 15 months custody, 3 years supervised release, and $100 special assessment. The offender has been on supervised release since August 11, 2018.

On October 11, 2019, the person under supervision (PUS) submitted a Motion for Early Termination on Supervised Release. The U.S. Probation does not have no specific objections regarding the motion.

On August 11, 2018, the PUS commenced his term of supervised release in the Northern District of California, San Francisco Division. According to U.S. Probation Officer Melissa Moy, the PUS resides with his aunt in Sunnyvale, California, and is gainfully employed at ProLogistix at 1673 Industrial Parkway Hayward, CA, making $2,774 per month. In addition to having stable residence and employment, the offender has a Post-Conviction Risk Assessment score of low which indicates a low risk of recidivism. He does not appear to present a risk to the community, and no longer needs supervision. A recent criminal record check yielded negative results for any recent criminal conduct. The offender has abided by all conditions of supervision and has satisfied all Court imposed financial obligations. Based on his compliance, we are recommending early termination of supervision only.

As per rule 32.1(c), the United States Attorney's Office has been notified of our request for early termination of supervision only and has no objections.

Approved by:

_____
Francisco X. Castillo, Supervising
U.S. Probation Officer